UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF ALABAMA

IN RE:
THOMAS S. GREEN                                    CASE NO: 19-10604
                                                    CHAPTER 13

    Debtor(s)

> PURSUANT TO LOCAL STANDING ORDER, THE COURT WILL CONSIDER THIS OBJECTION WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN 30 DAYS FROM THE DATE OF SERVICES OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTIONS STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITH THE CLERK OF THE COURT AT 201 ST. LOUIS STREET. MOBILE, ALABAMA 36602 WWW.ALSB.USCOURTS.GOV AND SERVE A COPY ON THE MOVANT'S ATTORNEY, WILLIAM J. CASEY, II, 3208 COTTAGE HILL ROAD, MOBILE, ALABAMA 36606.
>
> IF YOU FILE AND SERVE AN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE A PROPER OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

### OBJECTION TO CLAIM #15 FILED BY KIM HASTIE REVENUE COMMISSIONER

Comes Now the Debtor(s), by and through undersigned counsel, and files this Objection to ECF Claim #13 filed by **KIM HASTIE REVENUE COMMISSIONER** and as grounds therefore states as follows:

1. On 02/22/2019, the Debtor(s) filed his Chapter 13 Bankruptcy.
2. Creditor filed ECF Claim #13 on April 28, 2022 in the amount of $445.61 for property taxes at property located at 1721 Wardwood Dr. Mobile, AL 36605.
3. Debtor has surrendered the property to Creditor Army Aviation Center FCU in exchange to withdrawal Creditor's Judicial Lien.

WHEREFORE, the Debtor(s) request this Honorable Court to disallow completely.

Respectfully submitted,

/s/ William J. Casey, II
William J. Casey, II
3208 Cottage Hill Road
Mobile, AL 36606
251-478-5713

### *CERTIFICATE OF SERVICE*

Comes now the debtor(s), by and through their attorney of record, William J. Casey, II, and files this Certificate of Service showing that the Objection to Proof of Claim was served on May 6, 2022 by U.S. first class mail to the following creditors.

| | |
|---|---|
| Thomas S. Green | Kim Hastie Revenue Commissioner |
| 1645 Cattleman Ct | PO Drawer 1169 |
| Semmes, AL 36575 | Mobile, AL 36633 |

/S/William J. Casey II